No. 73–5621.  THROWER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5636.  WEISLOW v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5651.  MAISONET v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5722.  FERGUSON v. GATHRIGHT, CORRECTIONAL SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5751.  FRYE v. DODDRILL ET AL.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5820.  LOCKETT v. HENDERSON, WARDEN.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5890.  WHITESIDE v. OHIO.  Ct. App. Ohio, Franklin County.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5946.  BAZIS v. NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–686.  TELEPHONE USERS ASSN., INC. v. PUBLIC SERVICE COMMISSION OF THE DISTRICT OF COLUMBIA ET AL.  Ct. App. D. C.  Certiorari denied.  MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.